**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00817-CR
No. 05-14-00818-CR
No. 05-14-00819-CR

## WILLIAM RUSSELL DENVER, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F12-62195-M, F12-62196-M, F14-00186-M

## ORDER

The Court **REINSTATES** the appeals.

On January 14, 2015, we ordered the trial court to make findings regarding why the reporter's record has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka explained the delay in filing the record was due to her "backlog of appellate records to prepare"; and (6) Ms. Baraka requested thirty days from the February 9, 2015 findings to file the reporter's record.

We **ORDER** Belinda Baraka, official court reporter of the 194th Judicial District Court, to file the complete reporter's record, including all exhibits admitted into evidence, by **4:00 p.m. on MARCH 13, 2015**. We note the reporter's record is already four months overdue. Therefore, no further extensions will be granted. If the reporter's record is not filed by the date and time specified, the Court will order that Belinda Baraka not sit as a court reporter until the record is filed in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
         JUSTICE